## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| IN RE: ) | |
|    Chad Mayabb, ) | |
|    Amy Mayabb, ) | Case No. 23-41769 |
| ) | |
|       Debtors. ) | |
| ) | |

### RESPONSE TO TRUSTEE'S OBJECTION TO EXEMPTIONS

COMES NOW, the Debtors, by and through their attorney, and for the response to the Trustee's Objection to Exemptions states as follows:

1. Debtors deny Trustee's assertions. Debtors are each entitled to claim an exemption of $3000.00 on automobile(s) they own. Debtors assert that the objection is improper and have uploaded documents to the Trustee demonstrating same.
2. Debtors deny that the exemption is improper, but do not object to it being disallowed.

WHEREFORE, Debtors request this Court deny the Trustee's Objection to Exemptions or in the alternative, Debtors request that this matter be set for hearing.

          Respectfully Submitted,

          s/ Ryan B. Patton
          Ryan B. Patton #57966
          Patton & Dean, LLC
          8643 Hauser Ct, Ste 235
          Lenexa, KS 66215
          Phone:  (816) 470-9992
          Fax:    (888) 720-1985
          Attorney for the Debtor

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served on the parties notified by the US Bankruptcy Court's electronic notification system, upon the affected creditors and other parties in interest via US First Class Mail, postage prepaid, this 30th day of January, 2024.

          s/ Ryan B. Patton
          Ryan B. Patton #57966